May it please the Court. My name is Tim Hyland. I'm here to represent Society Insurance Company. We are here before you today because of the District Court's prejudicial dismissal of Society's interpleader three and a half years after it was filed and more than two years after Society was discharged from all liability and dismissed from the case with prejudice. The District Court determined that he could vacate his prior orders and dismiss the interpleader for two reasons. One, the claimants were not making good faith efforts to resolve their claims in the interpleader action. And two, his finding that the interpleader, now three and a half years old, was filed prematurely. It's our position that neither of those rationales justify the dismissal of the interpleader. First, let me start with... We review for abuse of discretion, right? Abuse of discretion? What's the standard? I think it's a de novo review. The fact that he dismissed the case sua sponte, on his own, without a motion from one of the parties, that is an abuse of discretion. But his application and his reasons in terms of what he used as a basis for the dismissal should be reviewed de novo because it goes to the heart of whether or not the court should hear this case under the Federal Interpleader Act. Does the District Court, once it has jurisdiction of a civil action, can it dismiss a case? Really I wasn't sure what its legal basis was for dismissing the case. Obviously you had triggered, Society had triggered everything that was necessary for an interpleader action so the action was commenced. How would you explain the District Court's legal basis? Because if we're saying it erred, we'd have to understand what the legal basis was. Well, Judge, I agree with you. I don't really think he had a proper legal basis, but the only legal basis he gave were two. He states it right on the front of his order. They were that the parties before him, which were only the claimants at the time, had not in good relation to resolve their claims by either state court adjudication or agreement. So is that like for failure to prosecute? Would that be the basis? Your Honor, I would agree with you that it's a failure to prosecute, but the District Court didn't want to go there because the District Court was afraid, and his order states, that if he says it was a failure to prosecute, some of the claimants, who for the majority of the time had been unrepresented, potentially would lose their claims. Because once he dismissed the case, he had to find a way that they could still bring their claims, now well after the two-year statute of limitations in Arizona, for a personal injury claim. But that didn't work, right? Because it only applies to plaintiffs, not to defendants. I didn't understand that part either. Well, Your Honor, the District Court said in his order that he thought that the savings clause would apply to them. Even though they were defendants in this special circumstance? Even though they were defendants in an interpleader and not refining. We told him we weren't sure that that was the case. That's not what the statute said. But at the time that he acted, without going past what's happened since, at the time that he acted, that was what they were. They were defendants, and it was a serious question of prejudice as to whether or not they would be able to maintain their claims, which is actually the position of the DeGrosse claimants, that they're the only ones still having a piece of an interpleader action. The interpleader action is designed for society as a stakeholder facing multiple claims to put everybody in one litigation, deposit the money, and say, decide how it gets split up. Instead, now society is in the position of getting the money handed back to them late. I have just one other sort of a technical question, but I found confusing. So society was dismissed with prejudice from the case. How is society back in here appealing to us? Your Honor, this is how society is back in here. In December of 2015, and society was dismissed in July of 2014, the district court issued an order for a status conference. But did it have any authority over you? No, and specifically issued in the order that society appear. But did it have any authority over you? You weren't a party at that point to the case. I understand the prudential concerns about going to the district court, but... Your Honor, you're exactly correct. We were not a party, but I was not going to show up in front of the district court when he ordered that we appear. So we appeared. At that hearing, the district court said he was inclined to dismiss this case. He ordered the parties to submit briefing by January 29th of 2016 as to why he should not do it. I requested on behalf of society, Your Honor, can society file a brief? Because we're not a party. So you were like an amicus then? Yes. To the district court. And given the fact that we were the only ones at that hearing that seemed opposed to him dismissing it because the gross defendants or claimants were represented. At that hearing, the other parties were pro per, and he recommended you better get an attorney. But so we filed society, similar to an amicus, telling him, Judge, you shouldn't dismiss it for basically all the reasons we've told you. The gross defendants filed something saying that it was fine with them to dismiss it, and for the same reason that they put forward, that they thought... What does the district judge do? The case has been sitting on the docket for three years. It seems to be going nowhere. Does the district court have to keep it on the docket just forever? No, Your Honor. What the district court should have done is what he started to do in 2016. So what happened after that? So he started the process, and then all of a sudden he ended it. Right. The district court got our brief in January, didn't act on it, and instead issued in 2016 an order for a scheduling conference, and specifically told the parties, you shall do before this conference. And he put out disclosure statements, need for settlement, and other things. He literally ordered them, if you're not doing it on your own, I'm setting deadlines, you have to start this case going. Then we showed up for the scheduling conference. Again, society filed something saying, Judge, we're not a party. Do we need to show up? And the district court said, yes, you will show up for the scheduling conference. And what he told us at the scheduling conference was, have the parties settled? No. I'm going to order you to go and continue a settlement conference here today. But unfortunately, he tipped his hand and he said, and if not, I'm going to dismiss this case. Well, the settlement conference for about an hour in his jury room didn't go anywhere when everybody knew he was going to dismiss the case. We came back in and he said on September 1st, I'm going to dismiss the case. And his order came out September 8th, 2016, dismissing the case and ordering the money back to society. Assuming that he had the right to dismiss the case, where else would the money go? Well, Your Honor, there's a couple issues inherent in that. First off, society does not believe he has the ability to dismiss it in the way he did, which was vacating all the prior orders, making society back a party by vacating its dismissal, and ordering the money back to us by vacating the order to deposit the funds. He had an ability, in my opinion, to find that the parties had failed to prosecute. They no longer had claims. And then the court most likely could have either asked whether or not the money should be donated or still order the money returned to society. But now there's no pending claims against the money. Society no longer is facing multiple claims. Instead, we get the money returned as if there had never been an interpleader. And we're now facing, three and a half years later, back in the same exact place with multiple claims, multiple claimants in excess of the liability. I'm still waiting for an answer to my question. Pardon? I'm still waiting for an answer to my question. I'm sorry, Your Honor, I got distracted. I'm sorry, I interrupted. Can you repeat your question and I will answer it? What should the district court have done instead? The district court, in my position, Your Honor, should have done exactly what he started to. He should have ordered the claimants before him to prosecute the case. And he could have ordered the things that he did. He could have ordered an evidentiary hearing. Come in on this date and we're going to have an evidentiary hearing and I will decide what your damages are. He could have changed the focus of the case from letting the claimants run the case, which they weren't doing. And the court found that they, in good faith, was doing it. He said go and litigate the case in state court or resolve it or settle it? Is that what happened? He didn't do that. He said the parties in good faith had not complied with their stipulation to either adjudicate it in state court or to reach an agreement. But he basically said the parties in front of him, the claimants, without society, because we're already gone, had not prosecuted the case one way or another to reach a decision. So then he started the process of ordering them to litigate the case, right? Yes. And then changed his mind and we don't know why. Only what's stated in his order, which says the two bases that I've told you. Okay. And how are you prejudiced or how is your client prejudiced by holding this money again? Sure. Couldn't they file another interpleader in the state court? Well, it's possible we could file another interpleader, Your Honor, but we're prejudiced in several ways. First off, we now have the money back and we're still facing multiple claims. So the question is, do we file another interpleader? We could file another interpleader in the state court and we face the argument that the DeGrosse claimants are already making to you that it's an improper interpleader because the other parties no longer have claims because the two-year statute of limitations had passed. So that judge in that court might uphold DeGrosse's position and award the money? Right. And he might disagree with the district court saying, I think the savings clause applies. But the biggest prejudice to society is society's relationship to its insured. Arizona law provides under the McReynolds case that we have a good, a bad faith safe harbor. That if we tell the parties we think there's multiple claims, which we did, we asked them to resolve it. We told them that if not, we were going to interplead and we promptly interpled the money. Then under Arizona law, there's a safe harbor against the insurer making a bad faith claim against society that we mismanaged his policy. We lose that now potentially because now we're four years after the accident. And if the insured suddenly finds himself facing multiple claims in excess of the limits, we could be in bad faith. And it's really getting... How could you be in bad faith if this was the result of judicial orders? Well, I guess I'd be arguing that to another judge if they made the bad faith claim. But the real thing that pertains is it also potentially opens up a big window with regard to the claimants other than the DeGrowth claimants. The DeGrowth claimants filed an independent action because they said, we believe that we're going to go after Mr. Sparrows, the insured personally for things over his policy limits. So they have the ability to do that. Now I have other claimants, including insurers who were dismissed out of the interpleader, who were bringing subrogation actions, who really didn't care anymore. But now because it's been vacated and all the orders vacated, potentially have claims. So I have more claimants than I had at the time of the interpleader dismissal. And the question is, can the parties who didn't file claims independently file claims now for amounts in excess of what they had in the interpleader? If they had preserved claims in the interpleader, it was only to the interplead amount. Can they file claims outside that? Arguably, Judge, they are barred by the statute of limitations. But not if the district court's theory is filed, which is they can simply refile their action. Because the district court's order, albeit in my opinion dicta, because he dismissed the case entirely, says that they're entitled to refile their lawsuit. So it would depend on how the Arizona state court, if it agreed with the district court's interpretation. It would depend on whether the Arizona court determined that he agreed with their interpretation and whether or not they were going to limit it to, limit it in any way to what was only applicable at the time. And then I still have three claims in state court. Some parties limited, some parties not. And society is still holding the bag trying to these claims. And if I file a new interpleader, I have another action with another judge trying to decide all the same issues. When I had it all in front of the district court and all he had to do was force them to litigate. If we agree with you and reverse, where would that leave the case? I would believe that you would order that the interpleader be reinstated, that society fund. So we say the dismissal was an error and we rewind it. We rewind everything the district court did. Is that what you're suggesting the remedy would be? That is what we're asking the remedy to be, your honor. And have him finish the interpleader as we believe the district court should have done, rather than simply deciding he wasn't going to deal with it anymore. Thank you. Thank you. Good morning, your honors. Mark Breyer for Brendan Gross. I think that what's missing that I'd like to point out is society was a party to a stipulation that the federal court follows the district level. And that is at the time the interpleader was filed, all the parties, including society at that time, filed a stipulation that said there were one of two ways we were going to resolve this dispute. We were not going to go through the typical interpleader process. We were only going to resolve it either by agreement of the parties or by state court action. The suggestion that that state court action is for money outside of the interpleader is not correct. The parties were going to file... Neither of those things involved society. They were out of it. It didn't put any obligations on them. They stipulated to accept no obligations. I agree, your honor. But that was the way the interpleader was going to move forward. The district court vacated that portion, right? Of the stipulation. What's the status of that in his July 25, 2016 order? I thought the district court vacated that part of the stipulation. My understanding of what the district court did was he found that the parties had not Yeah, he used the term vacated that portion of the stipulation, so I don't think that's in effect anymore. Well, I think it is only relevant as to some of the arguments that are being made now. If the district court vacated that, and the court obviously did, if that's what's written in the order. But my only point was that society is now making the following argument. They're saying that, well, they're making many arguments, but amongst them are that somehow this case ought to be remanded. Now, if this court, if it's remanded, the purpose of an interpleader is to try to resolve things in one place. By the stipulation that society agreed to, there was going to be a state court action, and there was going to be a federal court action. And the federal court action was relying on the state court action. If we reverse, it changes nothing about the fact that this is being handled in multiple jurisdictions, because it's going forward as a case. And nothing about an interpleader action somehow protects their insured. Their insured is on the hook regardless, because we're moving forward. I understand how that is. If they've been granted interpleader and dismissed out of the case, why isn't that a bar to any further recovery anywhere in the world? Because it only protects the insurance company, not their insured. If I don't buy enough insurance, and I cause something that is in excess of my insurance policy, my insurance company may have safe harbor. Now, I disagree. They have a duty to defend. That's why they're in the de-gross. And there's also another insurance policy, as I understand, some garage policy. That's recognized in the stipulation, and they've acknowledged that. But they're saying one of their key issues is this safe harbor. Are you disagreeing with that? Well, I would say this. First, I think the safe harbor exists, but it doesn't exist as to anything they do. It exists only as to whether they give equal consideration to multiple demands. It doesn't exist to the broader area of Arizona bad faith law of all areas of equal consideration they have to give to their insured. But there is something that they're losing. I mean, that's what their argument is. Which, of course, Your Honor, can't be true. They have filed the interpleader. They've been dismissed initially from the interpleader. The interpleader has now been dismissed to whatever degree safe harbor exists. And I absolutely agree, not that they have complete safe harbor from bad faith because of some of their actions in this case towards their insured, but to whatever degree safe harbor exists, it exists that at the moment they file, if... And so, is there an Arizona case that holds that? Because opposing counsel said, well, I can argue that to a judge. But is there an Arizona case on point that specifically holds out, a Supreme Court case? I'm sorry, Your Honor, let me interrupt you. Unfortunately, the answer is no because the 2010 case... Well, it's a case created safe harbor by the terms of that case. And it says, if they file an interpleader in a timely manner and include all parties and defend... Now, as the district court pointed out, they're defending under a reservation of rights. This is also an issue that whether that's considered a proper defense under the safe harbor is not an issue for today. So, what was the district court's authority to dismiss? What was the legal authority? So, you have a civil action that's properly brought and meets all the criteria. And the district court didn't dismiss it on the basis of failure to prosecute. So, what's the legal authority of the district court to dismiss it? Unfortunately, Your Honor, it appears as though the court bounced around some sort of abstention type argument without explicitly saying the court's purpose behind it. But let me broaden that answer out if I can. I believe it's an abusive discretion standard because of the cases that were cited. And I thought that was agreed to. The question is, does the court have the right if it finds that the parties are not following the court's order to dismiss the interpleader? You're answering the wrong question. You're answering the question of how we review what the district court did. But I believe Judge Agudo's question was, what authority did the Once we know that, we can then apply whatever standard of review we apply to that kind of question. But we can't get to the standard of review without knowing what authority the district court had. Undoubtedly true. So, don't slip into the easy question. I have learned from sitting behind in the pews this morning not to try to slip and slide from any questions. So, I would do a better job of trying to answer it. You didn't. But I failed. You didn't fully. Yeah, that's right. So, try again. I tried to. Particularly ignoring Judge Agudo's question, this is deadly around here, because she always asks really good questions. I believe that as the, I believe the district court has the right if it finds that the parties are not following its orders, which is what the court ultimately found, has the right to say that it's going to vacate the interpleader. Is this sanctioned? Well, I don't believe it was sanctioned. I think the court I mean, so I'm trying to find the legal story that would say the district court has the and you said abstention, but I thought the problem was there was no state court action going at the time other than, you know, some irrelevant ones, but not the one that was that the district court was concerned about. Your Honor, I would only say I would disagree for this reason. The exact state court action that addressed this issue based upon the stipulation of the parties was going forward. In other words, at the time that we have a wrongful All the parties were in state court? No, the parties chose not to file in state court and they didn't follow the stipulation the parties had agreed to. It's hard to abstain from something from a state court proceeding that isn't going forward. Because in our view of this case, Your Honor, an interpleader was filed. And at the time the interpleader was filed, we have a wrongful death claim. It's my client, some other, and some of the sons of the person who died. We are not, we're not stuck by or bound by, which I didn't finish explaining before, which is my failure. But we're not bound to only the $500,000. Society has an obligation to defend and indemnify. They're putting their $500,000 of indemnity into the interpleader and saying this is it. But my client has a right to pursue a collectible defendant for a wrongful death case. So when the interpleader was filed, the stipulation made very clear that we had the right to pursue in state court. And this is how we're not going to agree to do it in federal interpleader, because then I'm going to have to litigate in two places. So we will stipulate that we will either, if we can come to an agreement, that's the best. And if we can't come to agreement, file in state court. Now a bunch of people who have nothing near a wrongful death claim that choose not to hire a lawyer and choose not to file that stipulation, follow the stipulation and file a state court action, can three years later still be a stick in the mud, not moving the case forward because they chose not to follow the stipulation of all the parties. And the stipulation was either we come to agreement or we go to state court. Now one party with the wrongful death claim chose to follow that and file in state court. If the other parties choose not to file in state court, they have no... That was their choice. Obviously... They're out of luck, basically. Yeah, but to be fair, I think they are out of luck, but I want to put some sense of fairness with it. We have a wrongful death claim who are represented and are doing everything they can to protect their rights. And then we have people with, I think the record is clear, far less severe, just smaller personal injury actions that are just guiding along. And eventually the district court says, look, only one party has filed a lawsuit. No one else is moving this case forward. There's no purpose of having the interpleader. I don't have to keep going with it. And I think the federal court, if they find... The purpose of having the interpleader is to resolve... I mean, the party that brought the interpleader was the society. And they said, look, we brought the interpleader to make sure we don't have multiple liabilities. And we got what we wanted. We did nothing wrong. We didn't fail to abide by anything. And all of a sudden we find... Certainly we did nothing sanctionable. I mean, use the word sanction. And suddenly we find ourselves deprived by the thing we sought and obtained by bringing the interpleader for no... And there was nothing we could do about it. I mean, I'm not sure why they aren't right about that. Well, I would suggest the reason that they're not right is because I disagree with their premise, which I admit is their argument that somehow they lose something by the dismissal of this interpleader. They're here in this interpleader making arguments such as the court should protect the other claims against our insured. Now, they're one day going to have to answer to why they made an argument to the court that this court of appeals should bring back claims against their insured so that they can have the comfort of an interpleader. They're making arguments that maybe the $500,000 that they put in should go back to society. That doesn't protect their insured. Their insured, who may well be collectible, is now collectible for an additional half a million dollars. So the interpleader has the ability to potentially resolve whatever portion of money is put in. I have two questions. Did anybody ask the judge to dismiss the case? The judge on its own raised the question of whether it should be dismissed. The answer is no. Yes. The answer is absolutely no. We did not ask for that. We did, once the judge raised it, we then conceded it was a good idea. But we in no way, nobody requested it before the judge on his own raised it. Why do you care? If this interpleader is reinstated, why do you care? You're right back where you were before, and you never even asked to change that status quo. Well, we didn't ask to change the status quo because until the court a few months before the dismissal said the court was unhappy with our progress, we thought we were going to handle this in state court. That was the stipulation. The state court judgment, we'd eventually get a verdict. Once we get that verdict, we have the only claim to present under the stipulation. Then the court didn't bring us in. The court just said on its own, you're not moving this case forward. And apparently, and I'm sure I read it at the time, but didn't remember, he'd actually vacated the stipulation. He vacated all the prior orders. Okay, and I'm sure I knew it at the time, and I stand corrected. But my point is, we have a case going in Wisconsin on the garage policy. I have a case going in Arizona State Court. Now we're going to have a case go back to the interpleader, where the interpleader, now I'm going to have one federal court judge deciding how that money is supposed to be apportioned. And then I'm going to go to get a verdict for any additional money. We're litigating this thing now instead of by stipulation at the outset in one place. We're either going to agree or go to state court. Now all of a sudden, I have to go back down because the judge felt we weren't- Wait, the interpleader had nothing to do with the garage policy, right? It was just the liability. My only point is, we're litigating in three places. But you would anyway. Two places. We were going to have to litigate in Arizona State Court, which is where we thought. And we thought we were going to have to litigate in Wisconsin. So let's forget Wisconsin State Court, okay? Now, if this court sends it back down because Judge Wake no longer apparently thinks, does not want to wait on the state court action, I'm going to have to litigate some of the claim against this defendant. I know he's the- But the insured, the driver. I'm going to have to litigate some of that money against some of these people in an interpleader while I'm also litigating a state court action at the same time. The whole idea of an inter- Well, I shouldn't say whole. One of the express ideas and purpose of the interpleader is to avoid multi-jurisdiction litigation. The parties agreed the way to avoid multi-jurisdiction litigation here was by their stipulation to put it in state court. Which is exactly what you did. That's what we did. The fact that parties with much smaller claims chose to do nothing- And they're not even here. They're not even at police in this case. They literally filed a one-page joinder. They have society who should presumably be there to protect their insured, arguing to bring their claims back. So they're not here. Of course, they haven't been anywhere. Because they can be the stick in the mud with little cases. And if they wanted to protect their rights, they could do what people with personal injury lawsuits do all the time, and that is file a lawsuit. And I don't think it's asking too much to say, if we're going to agree to keep it in state court, we ought to keep it in state court. But when the district court expressed its concern about things not moving forward, did you make the argument that, in fact, it was because you had an action moving in state court? Yes. I would only say that the court did not- What was the court's response to that? Well, the court didn't ask us. We got an order that said, this case is not moving as we expected. And in my view, we waited to file the lawsuit. We filed the lawsuit. In state court in Arizona, we have to immediately file a joint report, which is exactly what we did. Then we have to immediately file stipulated deadlines, which is exactly what we did. We did what we're supposed to do in state court, in my view. And I'm not- And did you raise that to the district court, so that the district court was aware of it? The court made its order that we weren't moving at the right speed without that issue ever being briefed or discussed. OK. So the court had no knowledge that a state court action was moving at that point? I'm sorry. I didn't mean to cut you off here. The court knew there was a state court action. I think the court viewed it as, this interpleader has been going on for three years. Why is it not moving faster? The answer is because the interpleader was filed three months after the collision. The state court action was filed a month before the statute of limitations. So most of what the court presumed or believed to be delay was not delay. It was a matter of, we weren't able to work it out on the first part, and that has come to an agreement with parties who aren't represented. And eventually you go, we got to file, and that's our other option. At that point, we started filing. So my answer is, I don't understand where society thinks they lose protection in this case. And for my client, it is a huge burden to go back down and litigate this thing in two different places with parties who've just... But I guess my concern is, we need to know why what the district court did was not an error. And I've heard sanctions, and I've heard abstention, and I haven't heard a legal reason. Can I ask one last question? Sure. And that is, the district court also purported to extend the statute of limitations for six months. And one of the parties, I forget which one now, actually filed right within that six month period. Do you have a view as to whether that extension was proper? Yes, my view is that it was not. My view is you can't sit on your rights forever when there's an express stipulation to the contrary. Right. And yet, that party is not before this court saying that. That party has been basically nowhere ever, but that's what we've been fighting. Did the court make any ruling about whether the statute of limitations was extended, the state court? It did. I don't know if the court would like me to address it. The state court did allow the saving statute for the party. Only one party filed, and the court did allow it under the saving statute. And those cases have just been consolidated in the last month or so. So those cases are proceeding? Those are. In the state court? In the state court. And that's something that happened after the dismissal? That happened long after the dismissal. So why wouldn't it be the most appropriate thing for us to remand it to the district court to reopen the interpleader action and let these cases move their way through the as always happens in interpleader cases? To the degree, if it was remanded to go back to the stipulation of the parties, which is the district court shall allow the state court to determine the outcome, that's exactly, that's all we are asking for in the end. You guys are on the same side. I mean, I'm a district judge. I've got interpleader cases hanging around for years waiting for the underlying disputes to be disposed of. I would just like this to be addressed in one location, one time for my client after a lot of years. I think it's easily accomplished. Thank you. Okay. Thank you. I don't remember whether you had some time. Did you have 42 seconds? Yes. Or was it negative 42 seconds? Your Honor, I only want to... We'll make it a minute. How about that? That would be great. I just have one factual point I want to bring out. It was being argued that the DeGrosse's state court action was to basically prosecute their entire action. That's not correct. The court's order, docket 71, July 29, 2014, that discharged society, specifically entered the injunction that normally gets entered and said that the parties were restrained for instituting any proceedings against the policy, the disputed funds. So the state court action was simply to determine their total amount of liability and anything they could recover over and above what was in the interpleader. It was not going to be, as Judge Ikuda asked, a parallel action with all the parties to judge all the actions. So I just wanted to clarify that, that the order did include the injunction. Thank you. Thank you. Cases, I will stand submitted. We are adjourned. All rise.
judges: Kozinski, Ikuta, Gettleman